UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br><br>    Petitioner,<br><br>v.<br><br>DAVE DAVEY, Warden,<br><br>    Respondent. | Case No. 16-000696 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Docket No. 37) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. The Court directed Respondent to file an answer showing cause why a writ of habeas corpus should not be issued. (Docket No. 32.) On March 22, 2019, Respondent filed an answer. (Docket No. 35.) Petitioner has filed a letter requesting at least a thirty-day extension of time in which to file a traverse due to his temporary transfer to another facility for mental health reasons. (Docket No. 37.) Good cause appearing, Petitioner's motion is **GRANTED**. Petitioner shall file a traverse with the Court and serve it on Respondent **no later than June 5, 2019**, which is an extension of forty-five days.

**IT IS SO ORDERED**.

Dated: May 3, 2019

BETH LABSON FREEMAN
United States District Judge

Order Granting Request for EOT to File Traverse
P:\PRO-SE\BLF\HC.16\00696McCurdy_eot-trav.docx