UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br>   Petitioner,<br>  v.<br>DAVE DAVEY, Warden,<br>   Respondent. | Case No. 16-000696 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR THIRD EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Docket No. 43) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. The Court directed Respondent to file an answer showing cause why a writ of habeas corpus should not be issued. (Docket No. 32.) On March 22, 2019, Respondent filed an answer. (Docket No. 35.) Petitioner has filed a motion for a third extension of time file a traverse due to limited access to the library, among other reasons. (Docket No. 40.) Good cause appearing, Petitioner's motion is **GRANTED**. Petitioner shall file a traverse with the Court and serve it on Respondent **no later than fourteen (14) days** from the date this order is filed.

This order terminates Docket No. 43.

**IT IS SO ORDERED**.

Dated: July 15, 2019

                BETH LABSON FREEMAN
                United States District Judge