UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br>Petitioner,<br>v.<br>DAVE DAVEY, Warden,<br>Respondent. | Case No. 16-00696 BLF (PR)<br><br>**ORDER GRANTING FOURTH EXTENSION OF TIME TO FILE TRAVERSE** |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. The Court directed Respondent to file an answer showing cause why a writ of habeas corpus should not be issued. (Docket No. 32.) On March 22, 2019, Respondent filed an answer. (Docket No. 35.) On July 15, 2019, the Court granted Petitioner's request for a third extension of time file a traverse due to limited access to the library, among other reasons, such that the traverse was due no later than July 29, 2019. (Docket No. 44.)

On July 29, 2019, Petitioner filed a letter indicating that he has recently been discharged from "MHCB," where he was admitted due to mental health issues, and that he has not received any response to his request for a third extension of time. (Docket No. 46.) In the interest of justice, the Court *sua sponte* grants Petitioner another extension of time to

file a traverse.

Petitioner shall file a traverse with the Court and serve it on Respondent **no later than twenty-one (21) days** from the date this order is filed.

**IT IS SO ORDERED**.

Dated: August 2, 2019

BETH LABSON FREEMAN
United States District Judge

Order Granting Fourth EOT to File Traverse
P:\PRO-SE\BLF\HC.16\00696McCurdy_eot4-trav.docx