UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br>　　　　Petitioner,<br>　　v.<br>DAVE DAVEY, Warden,<br>　　　　Respondent. | Case No. 16-00696 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: **January 2, 2020**

BETH LABSON FREEMAN
United States District Judge

Case No. 16-00696 BLF (PR)
JUDGMENT